Paul L. Rein, Esq.  (SBN 43053)
Celia McGuinness, Esq. (SBN 159420)
Catherine M. Cabalo, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
E-mail:   reinlawoffice@aol.com

Anthony E. Goldsmith, Esq. (SBN 125621)
LAW OFFICES OF ANTHONY E. GOLDSMITH
20501 Ventura Boulevard, Suite No. 272
Woodland Hills, CA 91364
Telephone:  213/471-2096
Facsimile:   213/596-8906

Attorneys for Plaintiff
JESSICA OLSON

John E. Fagan (SBN 107974)
Jill Haley Penwarden (SBN 178561)
Ravn Whitington (SBN 281758)
**DUANE MORRIS LLP**
11149 Brockway Road, Suite 100
Truckee, CA  96161-2213

Attorneys for Defendant
MAMMOTH MOUNTAIN SKI AREA, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA OLSON,<br><br>          Plaintiff,<br><br>     v.<br><br>MAMMOTH MOUNTAIN SKI AREA , LLC; AND DOES 1-2, INCLUSIVE,<br><br>          Defendant. | Case No. 2:12-CV-02162-WBS-CMK<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br><br>Complaint Filed: August 17, 2012 |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff JESSICA OLSON ("Plaintiff") and defendant MAMMOTH MOUNTAIN SKI AREA, LLC ("Defendant"), by and through their respective counsel of record, hereby STIPULATE to continue the Pretrial Status Conference in this case to February 4, 2013 at 2:00 p.m.

**IT IS SO STIPULATED.**

**LAW OFFICES OF PAUL L. REIN**

Dated: November 30, 2012     By:     */s/ Catherine Cabalo*_____
Catherine Cabalo
Attorneys for Plaintiff
JESSICA OLSON

**DUANE MORRIS LLP**

Dated: November 29, 2012     By:     */s/ Jill Penwarden*_____
John E. Fagan
Jill Haley Penwarden
Ravn R. Whitington
Attorneys for Defendant
MAMMOTH MOUNTAIN SKI AREA, LLC

2

Case No.: 2-12-CV-2162 WBS Civil Rights
STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STATUS CONFERENCE
C:\CAED\iFolder\DSHU2\inBOX\Signed\12cv2162 Olson - Stip to Cont Stat Conf.doc

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.  The Pretrial Status Conference in this case is rescheduled for February 4, 2013 at 2:00 p.m.

Dated: December 1, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE