Paul L. Rein, Esq.  (SBN 43053)
Celia McGuinness, Esq. (SBN 159420)
Catherine Cabalo, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
E-mail:  reinlawoffice@aol.com

Anthony E. Goldsmith, Esq. (SBN 125621)
LAW OFFICES OF ANTHONY E. GOLDSMITH
1831 Ventura Boulevard, Suite 900
Tarzana, CA 91356
Telephone:    (818) 343-1370
Facsimile:    (818) 343-1339

Attorneys for Plaintiff
JESSICA OLSON


John E. Fagan, Esq. (SBN 107974)
Jill Haley Penwarden, Esq. (SBN 178561)
DUANE MORRIS LLP
11149 Brockway Road, Suite 100
Truckee, CA  96161-2213

Attorneys for Defendant
MAMMOTH MOUNTAIN SKI AREA, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA OLSON,<br><br>            Plaintiff,<br><br>     v.<br><br>MAMMOTH MOUNTAIN SKI AREA, LLC; AND DOES 1-2, INCLUSIVE,<br><br>            Defendant. | Case No. 2:12-CV-02162-WBS-CMK<br><br>Civil Rights<br><br>**SECOND STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES; [PROPOSED] ORDER**<br><br>Action Filed: August 17, 2012<br>Trial Date:    October 15, 2014 |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff JESSICA OLSON ("Plaintiff") and defendant MAMMOTH MOUNTAIN SKI AREA, LLC ("Defendant"), by and through their respective counsel of record, hereby jointly stipulate and request that the trial date and pretrial deadlines in this case be continued for good cause as shown below.  Presently, trial in this case is scheduled to begin on October 15, 2014.  This second request for an extension of time is based on the following good cause:

1. The parties have continued to work cooperatively to exchange relevant information; have completed a site inspection of the subject premises; and have met and conferred after the site inspection to evaluate injunctive relief issues.

2. Inclement weather at the subject property prevented a joint site inspection from occurring until early summer of 2013.  The site inspection was completed on June 27, 2013.

3. The parties have met and conferred on several occasions leading up to and after the site inspection to determine the scope of Plaintiff's claims and potential settlement of injunctive relief issues.

4. Plaintiff received Defendant's access consultant's site survey report on September 13, 2013.  Since that date and to the present, the parties have engaged in settlement negotiations in an effort to negotiate an agreed-upon remediation plan for certain alleged access issues that are the subject of this litigation.

5. The parties wish to continue settlement negotiations in this case and towards that end, have refrained from conducting discovery by minimizing the expenditure of attorneys' fees and costs.  Plaintiff is unable to determine at this time whether she will need her own access consultant, and in light of the upcoming winter season upon us, Plaintiff believes this will preclude Plaintiff's access consultant, if one is needed, from evaluating the subject

premises until the late spring/early summer of 2014.  The current deadline for disclosure of expert witnesses is February 24, 2014.  The parties wish to avoid the potentially unnecessary retention of expert witnesses in this case.

6. Based on the foregoing, the parties therefore jointly stipulate and request that the Court continue the trial date and pretrial deadlines as follows:

- Expert Disclosure:                                              June 30, 2014
- Rebuttal Expert Disclosure:                              July 28, 2014
- Discovery Cutoff (completed by):                 August 18, 2014
- Motions Deadline
  (filed by & including dispositive motions):  October 24, 2014
- Final Pretrial Conference:                               December 15, 2014
- Jury Trial:                                                            February 16, 2015 at 9:00 a.m.

IT IS SO STIPULATED.

LAW OFFICES OF PAUL L. REIN

Dated: January _21, 2013                By:     /s/ Catherine Cabalo_____
                                        Catherine Cabalo
                                        Attorneys for Plaintiff
                                        JESSICA OLSON

LAW OFFICES OF ANTHONY E. GOLDSMITH

Dated: January _21, 2013                By:     /s/ Anthony Goldsmith____
                                        Anthony E. Goldsmith
                                        Attorneys for Plaintiff
                                        JESSICA OLSON

DUANE MORRIS LLP

Dated: January _22, 2013                By:     /s/ Jill Haley Penwarden____
                                        Jill Haley Penwarden
                                        Attorneys for Defendant
                                        MAMMOTH MOUNTAIN SKI AREA, LLC

3

Case No.: 2-12-CV-2162 WBS Civil Rights
SECOND STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

**ORDER**

Pursuant to the parties' Second Stipulation to Continue Trial and Pretrial Deadlines, and for good cause shown, the Court hereby GRANTS a continuance of the trial and pretrial deadlines as follows:

1. Initial/Opening Expert Disclosure:     June 30, 2014

2. Rebuttal Expert Disclosure:     July 28, 2014

3. Discovery Cutoff (Fact & Expert):     August 18, 2014

4. Motions Filing Deadline
   (including dispositive motions):     October 24, 2014

5. Final Pretrial Conference:     **December 8, 2014 at 2:00 p.m.**

6. Jury Trial:     **February 18, 2015 at 9:00 a.m.**

Dated: January 22, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE