Paul L. Rein, Esq.  (SBN 43053)
Celia McGuinness, Esq. (SBN 159420)
Catherine Cabalo, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
E-mail:  reinlawoffice@aol.com

Anthony E. Goldsmith, Esq. (SBN 125621)
LAW OFFICES OF ANTHONY E. GOLDSMITH
1831 Ventura Boulevard, Suite 900
Tarzana, CA 91356
Telephone:   (818) 343-1370
Facsimile:   (818) 343-1339

Attorneys for Plaintiff
JESSICA OLSON

John E. Fagan, Esq. (SBN 107974)
Jill Haley Penwarden, Esq. (SBN 178561)
DUANE MORRIS LLP
11149 Brockway Road, Suite 100
Truckee, CA  96161-2213

Attorneys for Defendant
MAMMOTH MOUNTAIN SKI AREA, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA OLSON,<br><br>             Plaintiff,<br><br>      v.<br><br>MAMMOTH MOUNTAIN SKI AREA, LLC; AND DOES 1-2, INCLUSIVE,<br><br>             Defendant. | Case No. 2:12-CV-02162-WBS-CMK<br><br>Civil Rights<br><br>**STIPULATION TO CONTINUE PRETRIAL DEADLINES; [PROPOSED] ORDER**<br><br>Action Filed: August 17, 2012<br>Trial Date:    February 18, 2015 |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff JESSICA OLSON ("Plaintiff") and defendant MAMMOTH MOUNTAIN SKI AREA, LLC ("Defendant"), by and through their respective counsel of record, hereby jointly stipulate and request that the pretrial deadlines in this case be continued for good cause as shown below.  This request for an extension of time is based on the following good cause:

1. The parties have agreed to a settlement in principle on both damages and injunctive relief issues, but are in the process of documenting the settlement.
2. Plaintiff has served written discovery on Mammoth, responses to which are due on June 18, 2014.  Plaintiff has also served a site inspection notice for June 20, 2014.  The parties' expert disclosures are due on June 30, 2014.  If the parties are able to reach a settlement, none of this discovery will be necessary.
3. The current expert disclosure date is June 30, 2014; rebuttal disclosures July 28, 2014; discovery cutoff August 18, 2014, and motions deadline is October 24, 2014.  Trial in this case is set for February 18, 2015.  The parties desire to extend each of these deadlines, except the trial date and pretrial conference, by approximately 30 days to avoid potentially unnecessary expert disclosures and discovery in light of the parties' settlement discussions.
4. Based on the foregoing, the parties therefore jointly stipulate and request that the Court continue the pretrial deadlines as follows:

- Expert Disclosure:                                July 30, 2014
- Rebuttal Expert Disclosure:                       August 29, 2014
- Discovery Cutoff (completed by):                  September 19, 2014
- Motions Deadline
  (filed by & including dispositive motions):       November 26, 2014

IT IS SO STIPULATED.

                                          LAW OFFICES OF PAUL L. REIN

Dated: June 16, 2014                  By:    /s/ Celia McGuinness
                                          Celia McGuinness
                                          Attorneys for Plaintiff
                                          JESSICA OLSON


                                          DUANE MORRIS LLP

Dated: June 16, 2014                  By:    /s/ Jill Haley Penwarden
                                            Jill Haley Penwarden
                                          Attorneys for Defendant
                                          MAMMOTH MOUNTAIN SKI AREA, LLC

# ORDER

Pursuant to the parties' Second Stipulation to Continue Trial and Pretrial Deadlines, and for good cause shown, the Court hereby GRANTS a continuance of the trial and pretrial deadlines as follows:

1. Initial/Opening Expert Disclosure:          June 30, 2014

2. Rebuttal Expert Disclosure:          July 28, 2014

3. Discovery Cutoff (Fact & Expert):          August 18, 2014

4. Motions Filing Deadline
   (including dispositive motions):          October 24, 2014

Dated: June 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE